UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-80517-RYSKAMP/WHITE

JASON JOSEPH SMITH,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE AND CLOSING CASE

**THIS CAUSE** comes before the Court on the report of United States Magistrate Judge Patrick A. White **[DE 35]** entered on February 28, 2012. Movant Jason Joseph Smith filed objections **[DE 36]** to the Magistrate's report on March 12, 2012. This matter is ripe for adjudication.

The Court has conducted a *de novo* review of the report, objections, and pertinent portions of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The report of United States Magistrate Judge White **[DE 35]** be, and the same hereby is **RATIFIED, AFFIRMED and APPROVED** in its entirety;

    (2) Movant's 28 U.S.C. § 2255 motion to vacate **[DE 1]** is **DISMISSED** as time-barred;

    (3) Movant shall not be issued a certificate of appealability pursuant to 28 U.S.C. § 2253; and

1

2

(4) The Clerk of Court is directed to **CLOSE THIS CASE** and **DENY** and pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 22 day of May, 2012.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE
